1: CV-1-785

```
Fri May  4 09:43:06 2001

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   333 83589
Cashier       tanya

Check Number: 154199

D0 Code    Div No
 4667       3

Sub Acct Type Tender    Amount
1:510000  N      2       90.00
2:086900  N      2       60.00

Total Amount       $    150.00

   COZEN AND O'CONNOR 1900 MARKET ST. P
HILA., PA 19103

   NEW CASE FILING FEE OHIO CASUALTY V.
J & J
```