## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT | District<br>MIDDLE DISTRICT OF PENNSYLVANIA |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB<br><br>Plaintiff<br><br>v.<br><br>J & J INVESTMENT MANAGEMENT COMPANY<br><br>Defendants | Docket No.<br><br>1 : CV01-0___<br><br>To: (Name and Address of Defendant)<br><br>J & J Investment Management Company<br>208 Knob Creek Lane<br>York, PA 17402 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

| Plaintiff's Attorney (Name and Address)<br><br>James P. Cullen, Jr., Esquire<br>COZEN AND O'CONNOR<br>1900 Market Street -- The Atrium<br>Philadelphia, PA 19103 | FILED<br>HARRISBURG<br>JUL 11 2001<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Clerk<br><br>Mary E. D'Andrea | Date |
|---|---|
| (By) Deputy Clerk<br><br>_[signature]_ | 5/08/01 |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OHIO CASUALTY GROUP, as** : <br> **Subrogee of ERIC STAUB** : <br> : <br> **Plaintiff,** : <br> : **CIVIL ACTION NO: CV01-0785** <br> v. : **JURY TRIAL DEMANDED** <br> : <br> **J & J INVESTMENT MANAGEMENT** : <br> **COMPANY** : <br> : <br> **Defendant.** : | |

### WAIVER OF SERVICE OF SUMMONS

TO:   James P. Cullen, Jr., Esquire
      COZEN AND O'CONNOR
      1900 Market Street -- The Atrium
      Philadelphia, PA  19103

    I acknowledge receipt of your request that I waive service of a summons in the action of **OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB v. J & J INVESTMENT MANAGEMENT COMPANY**, which is case number **CV01-0785** in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court, except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you with 60 days after **May 16, 2001**, or within 90 days after that date if the request was sent outside the United States.

Date: June 11, 2001

Signature

Printed/Typed Name: Martin A. Durkin, Jr., Esquire

Title, if any: Attorney for Defendant
J & J Investment Management Company

Address of Person signing:
One Penn Center – Suite 1520
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Party you represent: Defendant, J & J Investment Management Company