IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OHIO CASUALTY GROUP, as Subrogee   :   CIVIL ACTION NO. 1:CV-01-785
of ERIC STAUB                   :

       Plaintiff          :

         v.            :   (Judge Kane)

J & J INVESTMENT MANAGEMENT    :
COMPANY              :

       Defendant        :

**FILED**
HARRISBURG, PA

JUL 3 1 2001

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

## O R D E R

AND NOW, this 31st day of July, 2001, **IT IS HEREBY**

**ORDERED THAT** the Case Management Conference scheduled for September 14, 2001, at

10:00 a.m., is **RESCHEDULED** to September 11, 2001, at 9:00 a.m. This conference **will**

**be held by telephone. Plaintiff's counsel shall initiate the phone conference. The**

**telephone number of the court is 717-221-3990.**

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 31, 2001

Re:  1:01-cv-00785   Ohio Casualty Group v. J & J Investment

True and correct copies of the attached were mailed by the clerk
to the following:

     James P. Cullen Jr., Esq.
     Cozen and O'Connor
     1900 Market Street
     The Atrium - Third Floor
     Philadelphia, PA  19103

     Martin A. Durkin, Esq.
     Durkin & Associates, P.C.
     One Penn Center, Suite 1520
     1617 JFK Boulevard
     Philadelphia, Pa  19103

```
cc:
Judge                        (✓)                ( ) Pro Se Law Clerk
Magistrate Judge             ( )                ( ) INS
U.S. Marshal                 ( )                ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  (✓)
Ctroom Deputy                (✓)
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____( )
                                                MARY E. D'ANDREA, Clerk
```

7-31-01



DATE: _____    BY: _____
                                              Deputy Clerk