**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**
**RESPONSES ADDRESSED TO DEFENDANT J & J INVESTMENT**
**MANAGEMENT COMPANY**

## EXHIBIT TABLE OF CONTENTS

EXHIBIT "A".      .   .   Correspondence to Defendant 10/3/01 from Plaintiff

EXHIBIT "B".      .   .   Correspondence to Defendant 12/11/01 from Plaintiff

EXHIBIT "C".      .   .   Correspondence to Defendant 1/2/02 from Plaintiff

EXHIBIT "D".      .   .   Correspondence to Defendant 7/27/01 from Plaintiff

Respectfully submitted,

COZEN O'CONNOR

HAYES A. HUNT, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-4734
ATTORNEY FOR PLAINTIFF

Dated: 1/7/02

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**Hayes A. Hunt**

Direct Phone 215.665.4734
Direct Fax   215.701.2134
HHUNT@COZEN.COM

October 3, 2001

Martin A. Durkin, Jr., Esquire
Durkin & Associates, P.C.
One Penn Center, Suite 1520
1617 JFK Boulevard
Philadelphia, PA   19103

    Re:    Ohio Casualty Group, as subrogee of Eric Staub v. J & J
             Investment Management Company
             Our File No. 104265

Dear Mr. Durkin:

     As of this date, I have not received an answer to Plaintiff's outstanding Discovery Requests. I would like to schedule the deposition of John W. Gimbalvo in the near future. As you know, Judge Kane has given us a narrow window to complete fact discovery within the next three (3) months.

     I hope to receive your responses to Plaintiff's Interrogatories and Request for Production of Documents in the near future.

     Please contact me so we can discuss available dates and location for the deposition of Mr. John Gimbalvo.

Exhibit A

Martin A. Durkin, Jr., Esquire
September 10, 2001
Page 2

---

    I look forward to hearing from you.

    Thank you for your attention and courtesy in this matter.

                              Sincerely,

                              COZEN O'CONNOR

                              By: Hayes A. Hunt

HAH/cll
cc:    James Malloy

PHILA1\509534\1 104265.000

B

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



## COZEN
## O'CONNOR
### ATTORNEYS



NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

Hayes A. Hunt

Direct Phone 215.665.4734
Direct Fax   215.701.2134
HHUNT@COZEN.COM

December 11, 2001

Martin A. Durkin, Jr., Esquire
Durkin & Associates, P.C.
One Penn Center, Suite 1520
1617 JFK Boulevard
Philadelphia, PA   19103

   Re: **Ohio Casualty Group, as subrogee of Eric Staub v. J & J Investment Management Company**
     **No. CV01-0785**
     **Our File No.  104265**
     **Discovery Due**

Dear Marty:

  On November 21, 2001, you explained that your answers to our Interrogatories and Request for Production and Documents were completed, however, your responses were not sent to my office. Plaintiff's First Set of Interrogatories and Request for Production of Documents were served on July 27, 2001.  To date, I have not received your responses and, as you know, the close of fact discovery is January 25, 2002.  I expect to receive your completed answers to the above-mentioned discovery within the next seven (7) days.

  I expect to schedule the depositions of John Giambalvo and Al Budrow within the next thirty (30) days.

*Exhibit B*

Martin A. Durkin, Jr., Esquire
December 11, 2001
Page 2

Thank you for your attention and courtesy in this matter.

Sincerely,

COZEN O'CONNOR

By: Hayes A. Hunt

HAH/cll
cc: James Malloy, Esquire

Martin A. Durkin, Jr., Esquire
December 11, 2001
Page 3

---

bcc:   Thomas Hill

PHILA1\1545930\1 104265.000



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

Hayes A. Hunt

Direct Phone 215.665.4734
Direct Fax   215.701.2134
HHUNT@COZEN.COM

January 2, 2002

**VIA FACSIMILE AND HAND DELIVERY**

Martin A. Durkin, Jr., Esquire
Durkin & Associates, P.C.
One Penn Center, Suite 1520
1617 JFK Boulevard
Philadelphia, PA  19103

   Re: **Ohio Casualty Group, as subrogee of Eric Staub v. J & J**
     **Investment Management Company**
     **No. CV01-0785**
     **Our File No. 104265**
     **Discovery Due**

Dear Marty:

  As we discussed on December 28, 2001, you assured me that your discovery responses would be provided on Monday, December 31, 2001. Please forward the aforementioned discovery responses within the next three (3) days or I will have no other recourse but to file a Motion to Compel Discovery and seek judicial intervention to resolve this matter. My client will seek reimbursement for all attorney's fees associated with the filing of a Motion to Compel Discovery. The aforesaid discovery requests have gone unanswered since July 27, 2001.

  As you know, Judge Kane has ordered that fact discovery be completed by January 25, 2002. In that regard, I ask that you immediately provide your available dates for scheduling depositions. Also, please let me know the dates, prior to January 25, 2002, that Mr. John Giambalvo is available to be deposed.

Exhibit C

Martin A. Durkin, Jr., Esquire
January 2, 2002
Page 2

---

      Thank you for your attention and courtesy in this matter. I trust that I will receive your discovery responses within the next three (3) days.

                                      Sincerely,

                                      COZEN O'CONNOR

                                      By:    Hayes A. Hunt

HAH/cll



FILE   D

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**Hayes A. Hunt**

Direct Phone 215.665.4734
Direct Fax    215.701.2134
HHUNT@COZEN.COM

July 27, 2001

Martin A. Durkin, Jr., Esquire
**Durkin & Associates, P.C.**
One Penn Center, Suite 1520
1617 JFK Boulevard
Philadelphia, PA   19103

    Re:    Ohio Casualty Group, as subrogee of Eric Staub
          v. J & J Investment Management Company
          No. CV01-0785
          <u>Our File No.  104265</u>

Dear Mr. Durkin:

Enclosed please find Plaintiff's First Set of Interrogatories and Request for Production of Documents addressed to Defendant, J & J Investment Company.

Thank you for your attention and courtesy in this matter.

                    Sincerely,

                    COZEN O'CONNOR

                    BY:   Hayes A. Hunt

HAH/cll
Enclosures
PHILA1\1472595\1 104265.000

Exhibit D