IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB | : | CIVIL ACTION NO. 1:CV-01-785 |
| Plaintiff | : | |
| v. | : | (Judge Kane) |
| J & J INVESTMENT MANAGEMENT COMPANY | : | |
| Defendant | : | |

**FILED**
HARRISBURG

JAN 1 6 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

**AND NOW,** this 15th day of Jan., 2002, **IT IS HEREBY ORDERED THAT** a status telephone conference is scheduled for January 23, 2002 at 9:30 a.m. to discuss Plaintiff's Motion to Compel filed on January 10, 2002. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge

```
              UNITED STATES DISTRICT COURT
                      FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                     January 16, 2002


Re:  1:01-cv-00785    Ohio Casualty Group v. J & J Investment


True and correct copies of the attached were mailed by the clerk
to the following:

    James P. Cullen Jr., Esq.
    Cozen and O'Connor
    1900 Market Street
    The Atrium - Third Floor
    Philadelphia, PA  19103

    Martin A. Durkin Jr., Esq.
    Durkin & Associates
    One Penn Center - Suite 1520
    1617 John F. Kennedy Boulevard
    Philadelphia, PA  19103



cc:
Judge                         (✓)          ( ) Pro Se Law Clerk
Magistrate Judge              ( )          ( ) INS
U.S. Marshal                  ( )          ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen ( )   PA Atty Gen ( )
                                      DA of County ( )  Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
                                              MARY E. D'ANDREA, Clerk
```

1-16-02

