UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB : Plaintiff, : : v. : : J & J INVESTMENT MANAGEMENT COMPANY : Defendant. : | CIVIL ACTION NO: CV-01-0785 JURY TRIAL DEMANDED |

PLAINTIFF'S MOTION TO WITHDRAW ITS
MOTION TO COMPEL DISCOVERY RESPONSES ADDRESSED
TO DEFENDANT J&J INVESTMENT MANAGEMENT COMPANY

Plaintiff Ohio Casualty Group, as Subrogee of Eric Staub, by and through its undersigned counsel, hereby moves to withdraw its Motion to Compel Discovery Responses Addressed to Defendant J & J Investment Management Company ("Motion to Compel") for the following reasons:

1.  On January 7, 2002, defendant J&J Investment Management Company ("J&J") has produced answers and responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents.

WHEREFORE, plaintiff, Ohio Casualty Group, a Subrogee of Eric Staub, respectfully requests that this Court grant its Motion to Withdraw the Motion to Compel as moot.

**COZEN O'CONNOR**

Respectfully submitted,

_____
Hayes A. Hunt, Esquire
1900 Market Street
Philadelphia, PA  19103
(215) 665-4734
Attorney for Plaintiff

Date:  January 21, 2002

## CERTIFICATE OF SERVICE

I, Hayes A. Hunt, Esquire, hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Withdraw its Motion to Compel Discovery Responses Addressed to Defendant J&J Investment Management Company has been forwarded to the counsel listed below by the United States First Class Mail, postage pre-paid, on the 21st day of January, 2002 as follows:

> Martin A. Durkin, Jr., Esquire
> **Durkin & Associates, P.C.**
> One Penn Center, Suite 1520
> 1617 John F. Kennedy Boulevard
> Philadelphia, PA  19103
>
> COZEN O'CONNOR
>
> _____
> Hayes A. Hunt, Esquire
> Attorney for Plaintiff

Date:  January 21, 2002

PHLA1:1564436-1 104265.000