IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OHIO CASUALTY GROUP**, as Subrogee of **ERIC STAUB**, Plaintiff, | : : : : | CIVIL ACTION NO. 1:CV-01-785 |
| v. | : : | (Judge Kane) |
| **J & J INVESTMENT MANAGEMENT COMPANY**, Defendant. | : : : | |

FILED
HARRISBURG
JAN 2 9 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## O R D E R

AND NOW, pursuant to the telephone conference held on January 23, 2002, IT IS **HEREBY ORDERED THAT**:

1. Plaintiff's motion to withdraw its motion to compel (doc. 16) is **GRANTED**. The Clerk of Court is directed to **STRIKE** from the docket Plaintiff's motion to compel discovery responses (doc. 11);

2. Defendant's motion for leave to file and serve third-party complaint (doc. 14) is **GRANTED**;

3. Defendant's motion to extend discovery deadlines (doc 13) is **GRANTED**.

**ACCORDINGLY**, the case management deadlines are modified as follows:

| | |
|---|---|
| Close of Fact Discovery: | March 29, 2002 |
| Report of Experts: | April 12, 2002 |
| Response Reports to Experts Report: | April 26, 2002 |
| Dispositive Motions and Supporting Briefs Due: | June 14, 2002 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | August 2, 2002 |
| Motions In Limine Due: | August 9, 2002 |
| Pretrial Memoranda Due: | August 21, 2002 |
| Pretrial and Settlement Conference: | August 29, 2002 - 10:00 a.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | September 4, 2002 |
| Jury Selection and Trial: | September 9, 2002 - 9:30 a.m. |

Yvette Kane
United States District Judge

Dated: January 2⁵/2002.

```
            UNITED STATES DISTRICT COURT
                       FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                    January 29, 2002


Re:  1:01-cv-00785    Ohio Casualty Group v. J & J Investment



True and correct copies of the attached were mailed by the clerk
to the following:


     James P. Cullen Jr., Esq.
     Cozen and O'Connor
     1900 Market Street
     The Atrium - Third Floor
     Philadelphia, PA  19103

     Martin A. Durkin, Esq.
     Durkin & Associates, P.C.
     One Penn Center, Suite 1520
     1617 JFK Boulevard
     Philadelphia, Pa  19103



cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    (✓)
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )   PA Atty Gen ( )
                                        DA of County   ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____        ( )
                                              MARY E. D'ANDREA, Clerk
```

1-29-02

