UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB<br>　　　　　Plaintiff, | |
| v. | CIVIL ACTION NO: CV-01-0785<br>JURY TRIAL DEMANDED |
| J & J INVESTMENT MANAGEMENT COMPANY<br>　　　　　Defendant. | |

**FILED**
**HARRISBURG**
JAN 29 2002
MARY E. D'ANDREA, CLERK
Per_____
　　　DEPUTY CLERK

### ORDER

AND NOW, this 29th day of JANUARY, 2002, upon consideration of Plaintiff's Motion to Withdraw its Motion to Compel Discovery Responses Addressed to Defendant J & J Investment Management Company, it is hereby ORDERED and DECREED that the Motion is GRANTED and Plaintiff's Motion to Compel Discovery Responses Addressed to Defendant J & J Investment Management Company is WITHDRAWN as MOOT.

SO ORDERED:

_____
U.S.D.J.

Date: 1/29/02

```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      January 29, 2002


Re:  1:01-cv-00785    Ohio Casualty Group v. J & J Investment



True and correct copies of the attached were mailed by the clerk
to the following:


     James P. Cullen Jr., Esq.
     Cozen and O'Connor
     1900 Market Street
     The Atrium - Third Floor
     Philadelphia, PA  19103

     Martin A. Durkin, Esq.
     Durkin & Associates, P.C.
     One Penn Center, Suite 1520
     1617 JFK Boulevard
     Philadelphia, Pa  19103

     Martin A. Durkin Jr., Esq.
     Durkin & Associates
     One Penn Center - Suite 1520
     1617 John F. Kennedy Boulevard
     Philadelphia, PA  19103



cc:
Judge                            (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                 ( )           ( ) INS
U.S. Marshal                     ( )           ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )   with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )   with Petition attached & mailed certified mail
                                       to:  US Atty Gen  ( )   PA Atty Gen ( )
```

1-29-02