IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB | : : | |
| Plaintiff | : : | No. 1:CV-01-785 |
| vs. | : : | (JUDGE KANE) |
| J & J INVESTMENT MANAGEMENT COMPANY | : : | |
| Defendant | : | |

FILED
HARRISBURG

MAY 2 0 2002

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

**ORDER**

AND NOW, this 20th day of May, 2002, **IT IS ORDERED THAT** this case is referred to Magistrate Judge J. Andrew Smyser for a Settlement Conference. A scheduling order will issue from the Magistrate Judge. **IT IS FURTHER ORDERED THAT** the deadline for filing dispositive motions is moved to July 31, 2002. All other dates in the amended scheduling order shall remain the same. Magistrate Judge Smyser shall file a report with the undersigned Judge on or before June 28, 2002, regarding the status of this case.

_____
Yvette Kane
United States District Judge