UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB, : | CIVIL NO. 1:01-CV-0785 |
| Plaintiff : | (Judge Kane) |
| v. : | (Magistrate Judge Smyser) |
| J & J INVESTMENT MANAGEMENT COMPANY, : | |
| Defendant : | |

**ORDER**

FILED
HARRISBURG, PA
MAY 22 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**IT IS ORDERED** that a settlement conference is set for **June 14, 2002** at 3:00 p.m., in Chambers, Room 1110, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Counsel shall attend along with clients and/or persons with full settlement authority. Settlement memoranda may be filed, but are not required.

_____
J. Andrew Smyser
Magistrate Judge

Dated: May 22, 2002.