1 to CJ

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

25
6/7/02

June 4, 2002

Martin A. Durkin, Esquire
Durkin & Abel
One Penn Center
Suite 1520
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

FILED
HARRISBURG, PA
JUN - 6 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: *Ohio Casualty Group v.*
*J&J Investment Management Co.*
Civil No. 1:01-CV-0785

Dear Mr. Durkin:

Receipt is acknowledged of your letter of May 29, 2002.

An application to the court for an order is made by a motion. Rule 7(b)(1), Federal Rules of Civil Procedure; LR 7.1, *et seq*.

It is noted, concerning the settlement conference scheduling, that Judge Kane's order directs a status report by June 28, 2002 and by inference requires the conference to be conducted before that date.

Sincerely,

J. Andrew Smyser
Magistrate Judge

cc: James P. Cullen, Jr., Esquire