UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of Eric Staub<br>        Plaintiff<br>vs. Defendant and Third Party Plaintiff<br><br>J&J INVESTMENT MANAGEMENT COMPANY, AL BUDROW<br><br>vs. Third Party Defendant<br>RICHARD EDWARD WONDERS,<br>t/a WONDER GENERAL CONTRACTING | No. 1:CV-01-785<br><br>CIVIL ACTION - LAW<br><br>MJ Smyser<br><br>FILED<br>HARRISBURG, PA<br>JUN 12 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

PRAECIPE FOR ENTRY OF APPEARANCE PURSUANT TO Pa.R.C.P. 1012

TO THE PROTHONOTARY:

Kindly enter the appearance of Michael B. Scheib, Esquires of Griffith, Strickler, Lerman, Solymos & Calkins, as attorney for the Third Party Defendant in the above-captioned matter and mark the docket accordingly.

GRIFFITH, STRICKLER, LERMAN,
SOLYMOS & CALKINS

BY: _____
MICHAEL B. SCHEIB, ESQUIRE
Attorney I.D. No. 63868
110 South Northern Way
York, Pennsylvania 17402
(717) 757-7602
Attorneys for Defendant Wonders

Dated:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OHIO CASUALTY GROUP, as Subrogee of Eric Staub | : | No. 1:CV-01-785 |
| Plaintiff | : | |
| vs. Defendant and Third Party Plaintiff | : | CIVIL ACTION - LAW |
| J&J INVESTMENT MANAGEMENT COMPANY, AL BUDROW | : | |
| vs. Third Party Defendant RICHARD EDWARD WONDERS, t/a WONDER GENERAL CONTRACTING | : | |

### CERTIFICATE OF SERVICE

AND NOW, this 10th day of June, 2002, I, Michael B. Scheib, Esquire, a member of the firm of GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS, hereby certify that I have this date served a copy of Praecipe for Entry of Appearance, by United States Mail, addressed to the party or attorney of record as follows:

Martin A. Durkin, Jr., Esquire
Durkin & Abel
One Penn Center, Suite 1520
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Thomas R. Nell, Esq.
340 Nell Road
East Berlin, PA 17316

Ohio Casualty Group
c/o Hayes A. Hunt, Esq.
1900 Market Street
Philadelphia, PA 19103

James P. Cullen, Esq.
COZEN & O'CONNOR
1900 Market Street
The Atrium Third Floor
Philadelphia, PA 19103

                                      GRIFFITH, STRICKLER, LERMAN,
                                         SOLYMOS & CALKINS

BY: _____
       Michael B. Scheib, ESQUIRE
       Attorney I.D. No. 63868
       110 South Northern Way
       York, Pennsylvania 17402
       (717) 757-7602
       Attorneys for Defendant Wonders