ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB : <br> Plaintiff : <br> : <br> v. : <br> : <br> J & J INVESTMENT MANAGEMENT : <br> COMPANY : <br> Defendant : | CIVIL ACTION NO.  CV01-0785 <br> JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
JUN 12 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

J & J Investment Management Company, by and through its Attorneys, Durkin & Abel, hereby moves this Honorable Court for a continuance of the Settlement Conference and avers as follows:

1. This matter is scheduled for a Settlement Conference before the Honorable J. Andrew Smyser on June 14, 2002.

2. This matter has been referred to Judge Smyser at the request of the parties to attempt to facilitate settlement.

3. The Third Party Defendants, Richard Wonders, d/b/a Wonders Construction and Al Budrow, have not responded to the Third Party Complaint and are not yet obligated to do so under the Rules.

4. The parties anticipate that a global settlement can only be reached with the participation of all parties to this action.

5. A Settlement Conference at this time is premature and not likely to result in a resolution of this matter.

6. Plaintiff concurs with this Motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court issue an Order res3hduling the Settlement Conference to take place at a later date.

                                      Respectfully submitted,

By: _____
Martin A. Durkin
**DURKIN & ABEL**
1617 John F. Kennedy Boulevard
One Penn Center, Suite 1520
Philadelphia, PA 19103
(215) 569-9090
Attorney ID No.: 37279

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OHIO CASUALTY GROUP, as
Subrogee of ERIC STAUB,           :
                                  :
         Plaintiff,               :
                                  :   CIVIL ACTION NO.: CV01-0785
    v.                            :   JURY TRIAL DEMANDED
                                  :
J & J INVESTMENT MANAGEMENT       :
COMPANY,                          :
                                  :
         Defendant.               :

## CERTIFICATE OF CONCURRENCE

I, Martin A. Durkin, have conferred with Hayes A. Hunt, Esquire and he concurs with the Motion for Continuance of Settlement Conference.

Respectfully submitted,

**DURKIN & ABEL**

By:_____
Martin A. Durkin, Esquire

## CERTIFICATE OF SERVICE

Martin A. Durkin, Esquire, hereby certifies that a true and correct copy of the foregoing Motion for Continuance of Settlement Conference has been forwarded to counsel listed below by telecopier, on the 11th day of June, 2001 as follows:

>Hayes A. Hunt, Esquire
**COZEN AND O'CONNOR**
The Atrium, 1900 Market Street
Philadelphia, PA 19103

_____
Matin A. Durkin