

㉙
6-13-02
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB,<br>　　　Plaintiff,<br><br>　　v.<br><br>J & J INVESTMENT MANAGEMENT COMPANY,<br>　　　Defendant/Third Party Plaintiff,<br><br>　　v.<br><br>AL BUDROW and RICHARD EDWARD WONDERS, t/a/ WONDERS GENERAL CONTRACTOR,<br>　　　Third Party Defendants. | CIVIL ACTION NO.<br>1:CV-01-785<br><br>(Judge Kane) |

**FILED**
HARRISBURG, PA

JUN 1 2 2002

MARY E. D'ANDREA, CLERK
Per _____
　　　Deputy Clerk

### O R D E R

**AND NOW**, pursuant to a telephone conference held on June 12, 2002, **IT IS HEREBY ORDERED THAT** the previous deadline established for Magistrate Judge Smyser to file a report with the undersigned Judge is moved to July 29, 2002. **IT IS FURTHER ORDERED** that a telephone status conference will be held with all parties on July 31, 2002 at 10:30 a.m. Plaintiff's counsel shall initiate the call. All other previously established dates shall remain the same.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　United States District Judge

Dated: June 12, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 12, 2002

Re:  1:01-cv-00785   Ohio Casualty Group v. J & J Investment

True and correct copies of the attached were mailed by the clerk
to the following:

    James P. Cullen Jr., Esq.
    Cozen O'Connor
    1900 Market Street
    The Atrium - Third Floor
    Philadelphia, PA   19103

    Martin A. Durkin, Esq.
    Durkin & Associates, P.C.
    One Penn Center, Suite 1520
    1617 JFK Boulevard
    Philadelphia, PA   19103

    Martin A. Durkin Jr., Esq.
    Durkin & Associates
    One Penn Center - Suite 1520
    1617 John F. Kennedy Boulevard
    Philadelphia, PA   19103

```
cc:
Judge                          (✓)              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )    PA Atty Gen ( )
```

|  |  |  |
|---|---|---|
| Bankruptcy Court ( ) | DA of County ( ) | Respondents ( ) |
| Other_____( ) | | |

MARY E. D'ANDREA, Clerk

DATE: 6/12/02          BY: _____
                             Deputy Clerk