

30
6/13/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OHIO CASUALTY GROUP, as  
Subrogee of ERIC STAUB  
        Plaintiff  
                              CIVIL ACTION NO. CV01-0785  
      v.                         JURY TRIAL DEMANDED  

J & J INVESTMENT MANAGEMENT  
COMPANY  
        Defendant

**FILED**
HARRISBURG, PA

JUN 13 2002

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

## ORDER

AND NOW this **13TH** day of **June**, 2002 upon consideration of Motion for Continuance of Settlement Conference, it is hereby ORDERED that said Motion is GRANTED and the Settlement Conference is rescheduled for the **10TH** day of **July**, 2002 at **3:00 P.M.**

BY THE COURT:

_____
The Honorable J. Andrew Smyser