ORIGINAL

## WAIVER OF SERVICE OF SUMMONS

*Judge Smyser* 6-18- (31)

TO: _Martin A. Durkin, Esquire, counsel for Third Party Plaintiff_
(Name of plaintiff's attorney or pro se plaintiff)

  I acknowledge receipt of your request that I waive service of a summons in the action of _Ohio Casulaty_ vs. _J & J Investment v. Wonders & Budrow_, which is case number _1:CV-01-785_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

  I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

  I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _May 30, 2002_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/30/02_        _Michael B. Scheib_ (signature)
Date            Signature

**FILED**
HARRISBURG, PA
JUN 17 2002
MARY E. D'ANDREA, CLERK
Per _____

Printed/Typed Name: MICHAEL B. SCHEIB, ESQUIRE

Title if any: _____

Address: 110 S. Northern Way

York, PA 17402

For Corporation, if any: _____

Representing defendant(s) if any: Richard Edward Wonders t/a Wonders General Contracting