CC: Mg Smyser + J Kane
Judge's file returned to J Kane

34
7/17/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB, : | CIVIL NO. 1:01-CV-0785 |
| Plaintiff : | (Judge Kane) |
| v. : | (Magistrate Judge Smyser) |
| J & J INVESTMENT MANAGEMENT COMPANY, : | |
| Defendant : | |

**REPORT SUBMITTED TO THE COURT**
**PURSUANT TO THE ORDERS OF MAY 20, 2002 AND JUNE 12, 2002**

A settlement conference was held on July 10, 2002. The case did not settle.

J. Andrew Smyser
Magistrate Judge

Dated: July 16, 2002.

FILED
HARRISBURG, PA
JUL 1 6 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

AO 72A
(Rev.8/82)