ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of Eric Staub<br>        Plaintiff<br>vs. Defendant and Third Party Plaintiff<br><br>J&J INVESTMENT MANAGEMENT COMPANY,  AL BUDROW<br><br>vs. Third Party Defendant<br>RICHARD EDWARD WONDERS,<br>t/a WONDER GENERAL CONTRACTING | No. 1:CV-01-785<br><br>CIVIL ACTION - LAW<br><br><br><br>FILED<br>HARRISBURG, PA<br>AUG 0 9 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

### NOTICE TO PLEAD

To:   Ohio Casualty Group  
c/o Hayes A. Hunt, Esq.  
1900 Market Street  
Philadelphia, PA  19103  

Al Budrow  
3979 Craig Avenue  
Dover, PA  17315  

J & J Investment Management Company  
c/o Martin A. Durkin, Jr., Esquire  
Durkin & Abel  
One Penn Center, Suite 1520  
1617 John F. Kennedy Boulevard  
Philadelphia, PA 19103  

You are hereby notified to file a written response to the enclosed New Matter within twenty (20) days from service hereof or a judgment may be entered against you.

GRIFFITH, STRICKLER, LERMAN,
SOLYMOS & CALKINS

BY: _____
MICHAEL B. SCHEIB ESQUIRE
Attorney for Third-Party Defendant Wonders
Supreme Court I.D. #63868
110 South Northern Way
York, Pennsylvania 17402
Telephone: (717) 757-7602