I. To G 

PW
8-19-02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA
AUG 1 6 2002
MARY E. D'ANDREA, CLERK
Per /s/ _____ Deputy Clerk

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV01-0785<br>: **JURY TRIAL DEMANDED** |
| J & J INVESTMENT MANAGEMENT COMPANY, | : Judge Kane |
| Defendant. | : |

### ANSWER OF DEFENDANT AND THIRD-PARTY PLAINTIFF, J&J INVESTMENT MANAGEMENT COMPANY, TO CROSSCLAIM OF THIRD-PARTY DEFENDANT RICHARD WONDERS

Defendant and Third-Party Plaintiff, J&J Investment Management Company (hereinafter referred to as "J&J"), by and through its attorney, Martin A. Durkin, Esquire, responds to Third-Party Defendant Richard Wonders, trading as Wonders General Contracting's, Crossclaim, and avers as follows:

28.   Denied. This paragraph of Third-Party Defendant's Crossclaim contains a conclusion of law to which no response is required and is accordingly denied.

29.   Denied. This paragraph of Third-Party Defendant's Crossclaim contains a conclusion of law to which no response is required and is accordingly denied.

WHEREFORE, Defendant and Third Party Plaintiff J & J Investment Management Company respectfully requests this Honorable Court to enter judgment in its favor, together with the costs of this lawsuit and attorney's fees.

Respectfully submitted,

**DURKIN ABEL, P.C.**

_____
Martin A. Durkin, Esquire
Identification No.: 37279
One Penn Center - Suite 1520
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 569-9090
Attorney for Defendant
J&J Investment Management Company

## CERTIFICATE OF SERVICE

MARTIN A. DURKIN, ESQUIRE, hereby certifies that a true and correct copy of the foregoing Answer to Crossclaims has been forwarded to counsel listed below by United States First-Class mail, postage pre-paid, on August 14, 2002, 2002 as follows:

Michael Scheib, Esquire
**GRIFFITH, STRICKLER,**
**LERMAN, SOLYMOS & CALKINS**
110 S. Northern Way
York, PA 17402

Thomas R. Nell, Esquire
340 Nell Road
East Berlin, PA 17316

Hayes A. Hunt, Esquire
**COZEN O'CONNOR**
The Atrium, 1900 Market Street
Philadelphia, PA 19103

_____
MARTIN A. DURKIN