IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OHIO CASUALTY GROUP, as<br>Subrogee of ERIC STAUB,<br>　　　　Plaintiff | : | CIVIL ACTION NO.<br>1:CV-01-785 |
| v. | : | Judge Kane |
| J & J INVESTMENT<br>MANAGEMENT COMPANY,<br>　　　　Defendant | : | FILED<br>HARRISBURG<br>SEP - 3 2002<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

## O R D E R

AND NOW this 3rd day of September, 2002, **IT IS HEREBY ORDERED THAT** jury selection and trial are **RESCHEDULED** to Monday, October 7, 2002 at 9:30 a.m.  **IT IS FURTHER ORDERED THAT** a status telephone conference is **SCHEDULED** for September 5, 2002 at 9:00 a.m.  Plaintiff's counsel shall initiate the call.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge