IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OHIO CASUALTY GROUP, as<br>Subrogee of ERIC STAUB,<br>      Plaintiff | : | CIVIL ACTION NO.<br>1:CV-01-785 |
| v. | : | Judge Kane |
| J & J INVESTMENT<br>MANAGEMENT COMPANY,<br>      Defendant | : | |

FILED
HARRISBURG
SEP 1 1 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**O R D E R**

AND NOW this 11th day of September, 2002, **IT IS HEREBY ORDERED THAT** jury selection and trial in the above-captioned action are **RESCHEDULED** to Monday, November 4, 2002 at 9:30 a.m. in Courtroom No. 4, Eighth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. A pretrial conference will be held by telephone on October 22, 2002 at 3:00 p.m. Plaintiff's counsel shall initiate the call.

_____
Yvette Kane
United States District Judge