Case No: 1:01-cv-785   Document No: 47,   1 Cop

Martin A. Durkin
Durkin, Graeff & Askin, P.C.
111 S. Independence Mall East
Suite 785
Philadelphia, PA 17106

**FILED**
HARRISBURG, PA

SEP 1 8 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RTS RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☑ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER