1 to Ct

**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB<br>    Plaintiff<br><br>v.<br><br>J & J INVESTMENT MANAGEMENT COMPANY<br>    Defendant<br>v.<br><br>AL BUDROW<br>3975 Craig Avenue<br>Dover PA 17315<br>    Third-Party Defendant<br>and<br><br>RICHARD EDWARD WONDERS, t/a, WONDER GENERAL CONTRACTING<br>2765 Windsor Road<br>Windsor, PA 17366<br>    Third-Party Defendant | CIVIL ACTION NO. CV01-0785<br><br>JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
SEP 24 2002
MARY E. D'ANDREA
Per _____

## ACKNOWLEDGMENT OF SERVICE

I, Al Budrow, hereby accept service of the Third Party Complaint.

_____
Al Budrow

Date: 9/17/02