Martin A. Durkin Jr., Esq.
Durkin, Graeff & Askin, P.C.
111 S. Independence Mall East
Suite 785
Philadelphia, PA  17106


Re: 1:01-cv-00785

------------------------

------------------------

Please file all pleadings direc[t]
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blewit[t]
Magistrate Judge Malachy E. Mann[ion]

------------------------------------

Judge Yvette Kane
Judge Sylvia H. Rambo
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

------------------------------------

Judge Malcolm Muir
Judge James F. McClure

FILED
HARRISBURG, PA
SEP 3 0 200[2]
MARY E. D'ANDREA, Clerk
Per _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300