IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB, <br>     Plaintiff <br><br> v. <br><br> J & J INVESTMENT MANAGEMENT COMPANY, <br>     Defendant | CIVIL ACTION NO. <br> 1:CV-01-785 <br><br> Judge Kane |

**FILED**
**HARRISBURG**

OCT 2 3 2002

MARY E. D'ANDREA, CLERK
Per_____
　　　　　DEPUTY CLERK

**ORDER**

AND NOW this 23rd day of October, 2002, **IT IS HEREBY ORDERED THAT** jury selection will take place on Monday, November 4, 2002 at 9:30 a.m. Jury trial will begin on Monday, November 18, 2002 at 9:30 a.m. **IT IS FURTHER ORDERED THAT** proposed jury instructions and proposed voir dire questions are due Wednesday, October 30, 2002 and objections to the proposed jury instructions and voir dire questions are due Friday, November 1, 2002.

_____
Yvette Kane
United States District Judge