IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE NO: **1:CV-01-785**

DATE: **October 22, 2002**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **PRETRIAL CONFERENCE (via TC)**

Time Commenced: **3:05 p.m.**   Time Terminated: **3:20 p.m.**

### APPEARANCES:

**Plaintiff:**

Hayes Hunt, Esquire

**Defendant:**

Martin Durkin, Esquire
Michael Scheib, Esquire

FILED
HARRISBURG
OCT 2 8 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### REMARKS

Jury selection set for November 4, 2002 w/ trial beginning on November 18, 2002. Order to issue.