**JUDGE'S COPY**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as<br>Subrogee of ERIC STAUB<br>9450 Seward Road<br>Fairfield, Ohio 45014<br><br>                    Plaintiff,<br><br>         v.<br><br>J & J INVESTMENT MANAGEMENT<br>COMPANY<br>208 Knob Creek Lane<br>York, PA 17402<br><br>         Defendant/Third-Party Plaintiff<br><br>         v.<br><br>AL BUDROW<br>3975 Craig Avenue<br>Dover, PA 17315<br><br>         Third-Party Defendant<br><br>         and<br><br>RICHARD EDWARD WONDERS, t/a<br>WONDERS GENERAL CONTRACTOR<br>2765 Windsor Road<br>Windsor, PA 17366<br><br>         Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO:<br>: 1:CV01-0785<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA

OCT 3 0 2002

MARY E. D'ANDREA, CLERK
Per _____

**PLAINTIFF'S PROPOSED VERDICT FORM**

Plaintiff, Ohio Casualty Group, as subrogee of Eric Staub, respectfully submits the following Proposed Special Verdict Form and reserves the right to modify, delete and such resupplement its proposed special verdict form at any time prior to the actual charge tot he jury.

Respectfully submitted,
COZEN O'CONNOR

BY: _____
HAYES A. HUNT, ESQUIRE
Attorney for Plaintiff

## SPECIAL VERDICT FORM

**QUESTION 1:**

Do you find that the defendant, J&J Investment Management Company, was negligent?

Yes_____ No_____

**QUESTION 2:**

Was the defendant J&J Investment Management Company's negligence a substantial factor in bringing about the plaintiff's harm?

Yes_____ No_____

**QUESTION 3:**

Do you find that the defendant, Wonders General Contractor, individually, Richard Wonders, was negligent?

Yes_____ No_____

**QUESTION 4:**

Was the defendant Richard Edward Wonders, t/a Wonders General Contractor's negligence a substantial factor in bringing about the plaintiff's harm?

Yes_____ No_____

**QUESTION 5:**

Do you find that the defendant, Al Budrow, was negligent?

Yes_____ No_____

**QUESTION 6:**

Was the defendant Al Budrow's negligence a substantial factor in bringing about the plaintiff's harm?

Yes_____ No_____

DATE: _____          _____
                            JURY FOREPERSON