**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB | : <br> : <br> : CIVIL ACTION |
| v. | : NO. CVO1-0785 <br> : |
| J&J INVESTMENTS MANAGEMENT COMPANY <br>    Defendant <br> v. | : JURY TRIAL <br> :      DEMANDED |
| AL BUDROW <br> 3975 Craig Avenue <br> Dover, PA 17315 <br>    Third-Party Defendant <br> and | : <br> : <br> : <br> : |
| RICHARD WONDERS <br> T/a WONDER GENERAL CONTRACTING <br> 2765 Windsor Road <br> Windsor, PA 17366 <br>    Third-Party Defendant | : <br> : <br> : <br> : <br> : |

FILED
HARRISBURG, PA
NOV 0 8 2002
MARY E. D'A[...]
Per ___

ANSWER to THIRD-PARTY COMPLAINT by
DEFENDANT, BUDROW

1. Admit

2. Admit

3. Admit

4. Admit

5. Admit

6. Admit

7. Admit

8. incorporation of prior allegations – no response necessary

9. no #9 contained in Complaint – Deny

10. Admit

11. Admit

12. Admit

13. Admit

14. I am without knowledge or information sufficient to form a belief as to the truth of this averment.

15. I am without knowledge or information sufficient to form a belief as to the truth of this averment.

16. I am without knowledge or information sufficient to form a belief as to the truth of this averment.

17. I am without knowledge or information sufficient to form a belief as to the truth of this averment.

18. Deny

19. incorporation by reference prior allegations - no response necessary

20. Deny

21. Deny

22. incorporation by reference prior allegations - no response necessary

23. Deny

24. Deny

WHEREFORE, Third-Party Defendant, Al Budrow demands judgement against Third-Party Plaintiff, J&J Investments, and indemnification for counsel fees, costs of suit, and any other relief the Court deems just and equitable.

Thomas R. Nell
340 Nell Road
East Berlin, PA 17316
Supreme Ct. # 72868
(717)-259-1111

CERTIFICATE OF SERVICE

THOMAS R. NELL, ESQUIRE, hereby certifies that a true and correct copy of the foregoing Third-Party Complaint has been forwarded to counsel listed below by United States first-class mail, on November 6th, 2002, as follows:

James F. Malloy, Esq.
Nelson, Levine, DeLuca & Horst
Three Valley Square, Suite 280
512 Township Line Road
Blue Ball, PA 19422

Hayes A. Hunt, Esq.
Cozen & O'Connor
The Atrium,. 1900 Market St.
Philadelphia, PA 19103

Martin A. Durkin, Jr., Esq.
One Penn Center Suite 1520
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103

Michael B. Scheib, Esq.
110 S. Northern Way
York, PA 17402-3737

Thomas R. Nell