IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of ERIC STAUB,     Plaintiff | CIVIL ACTION NO. 1:CV-01-785 |
| v. | Judge Kane |
| J & J INVESTMENT MANAGEMENT COMPANY,     Defendant | |
| v. | |
| AL BUDROW,     Third-Party Defendant | |
| v. | |
| RICHARD WONDERS, t/a WONDER GENERAL CONTRACTING,     Third-Party Defendant | |

### O R D E R

AND NOW this 18th day of November, 2002, **IT IS HEREBY ORDERED** THAT a telephone status conference is set for Wednesday, November 20, 2002 at 3 p.m.

Plaintiff's counsel shall initiate this call.

_____
Yvette Kane
United States District Judge