

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of Eric Staub<br>　　　　Plaintiff<br><br>　　v.<br><br>J&J INVESTMENT MANAGEMENT COMPANY,<br>　Defendant and Third Party Plaintiff<br><br>　　v.<br><br>RICHARD EDWARD WONDERS<br>　　Third-Party Defendant.<br><br>　　and<br><br>AL BUDROW<br>　　Third-Party Defendant | CIVIL ACTION NO:<br>1:CV 01-0785<br><br>(Judge Kane) |

FILED
HARRISBURG

NOV 2 0 2002

MARY E. D'ANDREA, CLERK
Per_____
　　　DEPUTY CLERK

### ORDER

AND NOW, IT IS HEREBY ORDERED that the deadlines for submission of pre-trial materials is as follows;

　1. Proposed Voir Dire from all parties shall be filed on or before November 27, 2002.

　2. Proposed Jury Instructions and Verdict Sheets from all parties shall be filed on or before November 27, 2002.

　3. Objections to proposed Jury Instructions and Verdict Sheets shall be filed on or before December 2, 2002.

　4. All Parties shall file the above documents in conformity with Local Rule 51. In addition to the requirements of Local Rule 51, all parties shall submit a copy of these documents on diskette.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　United States District Judge

Date: ___20 Nov___, 2002.