

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE NO: **1:CV-01-785**

DATE: **November 20, 2002**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TELEPHONE CONFERENCE**

Time Commenced: **3:01 p.m.**     Time Terminated: **3:15 p.m.**

### APPEARANCES:

**Plaintiff:**

Hayes Hunt, Esquire

**Defendant:**

Thomas Nell, Esquire
Michael Schieb, Esquire

### REMARKS

Status telephone conference held.  J/Sel set for 12/2/02 at 9:30 a.m. J/Trial to begin on 12/9/02.

FILED
HARRISBURG

NOV 2 5 2002

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK