Law Clerk's Copy

Case No: 1:01-cv-785    Document No: 57,    1 Cop

Martin A. Durkin
Durkin, Graeff & Askin, P.C.
111 S. Independence Mall East
Suite 785
Philadelphia, PA 17106

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER

FILED
HARRISBURG, PA
NOV 29 2002
MARY E. D'ANDREA, CLERK
Per _____


11-21-02
HARRISBURG, PA


neopost
U.S. POSTAGE
$00.370
METER N 9503941



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OHIO CASUALTY GROUP, as
Subrogee of Eric Staub
    Plaintiff

v.

J&J INVESTMENT MANAGEMENT
COMPANY,
    Defendant and Third Party Plaintiff

v.

RICHARD EDWARD WONDERS
    Third-Party Defendant.

and

AL BUDROW
    Third-Party Defendant

CIVIL ACTION NO:
1:CV 01-0785

(Judge Kane)

FILED
HARRISBURG
NOV 2 0 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

    AND NOW, IT IS HEREBY ORDERED that the deadlines for submission of pre-trial materials is as follows;

    1. Proposed Voir Dire from all parties shall be filed on or before November 27, 2002.

    2. Proposed Jury Instructions and Verdict Sheets from all parties shall be filed on or before November 27, 2002.

    3. Objections to proposed Jury Instructions and Verdict Sheets shall be filed on or before December 2, 2002.

    4. All Parties shall file the above documents in conformity with Local Rule 51. In addition to the requirements of Local Rule 51, all parties shall submit a copy of these documents on diskette.

                                        _____
                                        Yvette Kane
                                        United States District Judge

Date: _20 Nov_, 2002.