IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of Eric Staub<br>    Plaintiff<br><br>  v.<br><br>J&J INVESTMENT MANAGEMENT COMPANY,<br> Defendant and Third Party Plaintiff<br><br>  v.<br><br>RICHARD EDWARD WONDERS<br>  Third-Party Defendant.<br><br>  and<br><br>AL BUDROW<br> Third-Party Defendant | CIVIL ACTION NO:<br>1:CV 01-0785<br><br>(Judge Kane) |

**ORDER**

AND NOW, upon consideration of the proposed voir dire questions submitted by the parties in this matter, **IT IS ORDERED THAT**:

 i. Plaintiff's proposed voir dire questions numbered 6, 7, 8, 11, 17, 18 are **APPROVED**.

 ii. Plaintiff's proposed voir dire questions number 5 is **APPROVED** without the following language "and awarding a substantial monetary recovery."

 iii. Plaintiff's proposed voir dire questions numbered 1, 2, 3, 4, 19 are **DISAPPROVED**.

 iv. The remaining inquiries will be addressed in the Court's initial voir dire.

               YVETTE KANE
               United States District Judge

Dated: 2 Dec, 2002.