AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## — MIDDLE DISTRICT OF PENNSYLVANIA —

### JUDGMENT IN A CIVIL CASE

OHIO CASUALTY GROUP, as Subrogee of Eric
Staub,

        Plaintiff

               v.                        CASE NUMBER: 1:CV-01-785

J & J INVESTMENT MANAGEMENT COMPANY,
        Defendant and Third-Party Plaintiff
               v.

RICHARD EDWARD WONDERS,
        Third-Party Defendant
               v.

AL BUDROW,
        Third-Party Defendant

FILED
HARRISBURG

DEC 1 2 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried
☐    and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the court. The issues have been
       tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in
favor of plaintiff Ohio Casualty Group, as Subrogee of Eric Staub and against
defendant J & J Investment Management Company.

Date: December 12, 2002

Mary E. D'Andrea, Clerk of Court

(By) Jennifer Kennedy, Deputy Clerk

Certified from the record
Date _12-12-02_
Mary E. D'Andrea, Clerk
Per _____