```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


OHIO CASUALTY GROUP, as        :
subrogee of Eric Staub,
     Plaintiff                 :

           v.                  :   CIVIL ACTION NO. 1:CV-01-0785
                                   (Judge Kane)
J & J INVESTMENT,              :
J & J INVESTMENT MANAGEMENT
COMPANY,                       :
     Defendant and
     Third-Party Plaintiff     :

           v.                  :

AL BUDROW and RICHARD EDWARD   :
WONDERS, t/a Wonders General
Contracting,                   :
     Third-Party Defendants


                    TRANSCRIPT OF PROCEEDINGS
                           JURY TRIAL
                 MR. HUNT'S REBUTTAL ARGUMENT

          Before:  Hon. Yvette Kane, Judge
                   and a Jury
          Date:    December 12, 2002

          Place:   Courtroom No. 4
                   Federal Building
                   Harrisburg, Pa.

COUNSEL PRESENT:

     HAYES A. HUNT, Esquire
         For - Plaintiff
     MARTIN A. DURKIN, JR., Esquire
         For - Defendant
     THOMAS R. NELL, Esquire
         For - Third-Party Defendant Al Budrow
     MICHAEL B. SCHEIB, Esquire
         For - Third-Party Defendant Richard Edward Wonders

                                   Monica L. Zamiska, RPR
                                   Official Court Reporter
```

2

1   THE COURT: Mr. Hunt, do you wish to respond?
2   MR. HUNT: Very briefly, Your Honor. There has
3   been some talk about speculation and bringing in the
4   witnesses that started the fire, but I want you to listen to
5   when Her Honor instructs you about inferences. And
6   inferences are permitted, and the burden of proof isn't
7   something, as I said, beyond a reasonable doubt, that's so
8   significant that you need to bring all this in. And when you
9   go back in the deliberation room, keep in mind that when she
10  talks about inferences are this, inferences are simple
11  deductions or conclusions which reason and common sense lead
12  you to draw logically from facts that have been established
13  by the evidence.
14          And when I gave you -- when I talked about it, and
15  what I said is not evidence, but when I talked about how the
16  May 26 person or child got in that property, you can draw the
17  inference, and Officer Cromer talked about the front door.
18  Let's go right to the back door, let's go to how it looked,
19  you can draw an inference that a child, some other
20  individual, unwrapped that wire, went through the aluminum
21  door and lit debris that should have never been there. Thank
22  you.
23          THE COURT: Thank you.
24          (Mr. Hunt's rebuttal argument concluded.)
25

1   I hereby certify that the proceedings and evidence
2   of the court are contained fully and accurately in the notes
3   taken by me on Mr. Hunt's rebuttal statement of the within
4   cause and that this is a correct transcript of the same.

5   *Monica L. Zamiska*

6                   Monica L. Zamiska, RPR
7                   Official Court Reporter