UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY GROUP, as Subrogee of Eric Staub<br>Plaintiff<br>vs. Defendant and Third Party Plaintiff<br><br>J&J INVESTMENT MANAGEMENT COMPANY, AL BUDROW<br><br>vs. Third Party Defendant<br>RICHARD EDWARD WONDERS,<br>t/a WONDER GENERAL CONTRACTING | No. 1:CV-01-785<br><br>CIVIL ACTION - LAW |

### THIRD PARTY DEFENDANT WONDERS' MOTION TO CONFORM VERDICT INTO JUDGMENT

Third Party Defendant, by and through his attorneys, Griffith, Strickler, Lerman, Solymos & Calkins, and Michael B. Scheib, Esquire files his Motion to have the jury's verdict conformed into a judgment. In support thereof Defendant states as follows:

This case was tried before a jury on December 9 through 12, 2002. On December 12, 2002 the jury returned a verdict. The jury found Defendant J&J Investment Management Company negligent. The jury found that Third Party Defendant Wonders and Third Party Defendant Budrow were not negligent.

Third Party Defendant Wonders now files this Motion and requests the Court to enter a judgment in his favor. The judgment is based on the jury's verdict.

WHEREFORE, Defendant respectfully requests this Honorable Court to enter judgment in his favor.

Date: 2/12/03

MICHAEL B. SCHEIB, ESQUIRE
Attorney I.D. No. 63868
110 South Northern Way
York, Pennsylvania 17402
(717) 757-7602
Attorneys for Third-Party
Defendant Wonders

IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES B. VICARS, | : | Civil Action - Law |
| Plaintiff, | : | |
| | : | No. 2001-SU-04631-01 |
| vs. | : | |
| | : | |
| J&J INVESTMENT MANAGEMENT COMPANY, | : | |
| Defendant & Third Party Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| AL BUDROW, | : | |
| Third-Party Defendant | : | |
| | : | |
| and | : | |
| | : | |
| RICHARD EDWARD WONDERS, | : | |
| t/a WONDER GENERAL CONTRACTING, | : | |
| Third-Party Defendant. | : | JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

AND NOW, this ____ day of February 2003, I, Michael B. Scheib, a member of the firm of GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS, hereby certify that I have this date served a copy of the Order by United States Mail, addressed to the party or attorney of record as follows:

Hayes A. Hunt, Esquire
Cozen O'Conner
East Berlin PA 17316

Thomas R. Nell, Esquire
340 Nell Road
East Berlin, PA  17316

Martin A. Durkin, Jr. Esquire
Durkin & Abel
One Penn Center, Suite 1520
1617 John F. Kennedy Boulevard
Philadelphia PA 19103

GRIFFITH, STRICKLER, LERMAN,
SOLYMOS & CALKINS

_____
Michael B. Scheib, Esquire
Supreme Court ID No. 63868
Attorney for Third-Party Defendant Wonders
110 South Northern Way
York, Pennsylvania  17402
(717) 757-7602