# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OHIO CASUALTY GROUP, as
Subrogee of ERIC STAUB,                    :
                                           :
            Plaintiff,                     :
                                           :        **CIVIL ACTION NO.: CV01-0785**
      v.                                   :        **JURY TRIAL DEMANDED**
                                           :        *J.IICane*
J & J INVESTMENT MANAGEMENT                :
COMPANY,                                   :
                                           :
            Defendant.                     :

## SATISFACTION OF JUDGMENT

TO THE CLERK:

      Kindly mark the Judgment in the above-referenced matter satisfied.

**FILED**
**HARRISBURG**

APR 0 4 2003

MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

                        Respectfully submitted,

                        **COZEN O'CONNOR**

                        By:_____
                              Hayes Hunt, Esquire
                              1900 Market Street
                              Philadelphia, PA 19103