# ORIGINAL

*s to U*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OHIO CASUALTY GROUP, as Subrogee of Eric Staub** | : | No. 1:CV-01-785 |
| **Plaintiff** | : | |
| **vs. Defendant and Third Party Plaintiff** | : | **CIVIL ACTION – LAW** |
| | : | |
| **J&J INVESTMENT MANAGEMENT COMPANY, AL BUDROW** | : | **JUDGE KANE** |
| | : | |
| **vs. Third Party Defendant** | : | |
| **RICHARD EDWARD WONDERS,** | : | |
| **t/a WONDER GENERAL CONTRACTING** | : | |

FILED

JUL 0 2 2003

MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLERK

## PRAECIPE TO WITHDRAW MOTION TO CONFORM VERDICT INTO JUDGMENT FILED ON FEBRUARY 20, 2003

Third party Defendant, Wonders, by and through his attorneys, hereby withdraws the Motion to Conform verdict Into Judgment which was filed on February 20, 2003.

GRIFFITH, STRICKLER, LERMAN,
SOLYMOS & CALKINS

BY: _____

MICHAEL B. SCHEIB, ESQUIRE
Attorney I.D. No. 63868
110 South Northern Way
York, Pennsylvania 17402
(717) 757-7602
Attorneys for Third-Party
Defendant Wonders

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OHIO CASUALTY GROUP, as Subrogee of Eric Staub | : | No. 1:CV-01-785 |
| Plaintiff | : | |
| vs. Defendant and Third Party Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| J&J INVESTMENT MANAGEMENT COMPANY, AL BUDROW | : | JUDGE KANE |
| | : | |
| vs. Third Party Defendant | : | |
| RICHARD EDWARD WONDERS, | : | |
| t/a WONDER GENERAL CONTRACTING | : | |

## CERTIFICATE OF SERVICE

AND NOW, this 20th day of May, 2003, I, Michael B. Scheib, Esquire, a

member of the firm of GRIFFITH, STRICKLER, LERMAN, SOLYMOS & CALKINS,

hereby certify that I have this date served a copy of the Praecipe To Withdraw

Motion to Conform Verdict into Judgment Filed on February 20, 2003, by United

States Mail, addressed to the party or attorney of record as follows:

Martin A. Durkin, Jr., Esquire
Durkin & Abel
One Penn Center, Suite 1520
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Ohio Casualty Group
c/o Hayes A. Hunt, Esq.
1900 Market Street
Philadelphia, PA 19103

Al Budrow
c/o Thomas R. Nell, Esquire
340 Nell Road
East Berlin, PA  17316

GRIFFITH, STRICKLER, LERMAN,
SOLYMOS & CALKINS

BY: _____

MICHAEL B. SCHEIB, ESQUIRE
Attorney I.D. No. 63868
110 South Northern Way
York, Pennsylvania  17402
(717) 757-7602
Attorneys for Defendant Wonders